**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6700**

———————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

       versus

WILLIAM LEWIS HINSON, a/k/a William Louis
Hinson,

                              Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CR-93-258-P)

———————————

Submitted: August 19, 1997         Decided: August 29, 1997

———————————

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

William Lewis Hinson, Appellant Pro Se. Robert Jack Higdon, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion to withdraw his plea agreement. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Hinson</u>, No. CR-93-258-P (W.D.N.C. Apr. 17, 1997). We further deny Appellant's "Motion to Object Appeal." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>